**FILED**
February 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AUDREY JOHNSON,<br><br>    Defendant. | CASE NUMBER: 2:15-cr-00029-TLN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Audrey Johnson</u>; Case <u>2:15-cr-00029-TLN</u> from custody and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $50,000.00; cosigned by defendant's daughter Toya Johnson-Moore

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other) <u>Pretrial Supervision/Conditions; Defendant to be released to the custody of Pretrial Services on 2/19/2015 (or sooner if a bed becomes available) to attend The Effort</u>

Issued at <u>Sacramento, CA</u> on <u>2/4/2015</u> at 2:15 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge