UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 17, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

AUDREY JOHNSON,

  Defendant.

Case No. 2:15-cr-00029-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  AUDREY JOHNSON ,

Case No. 2:15-cr-00029-TLN  custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

**X**  Unsecured Appearance Bond     $50,000, cosigned by Toya Johnson-Moore

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

**X**  (Other): To be released on 2/18/2015 at 9:00 AM to Pretrial Services, for transport to The Effort residential treatment facility.

Issued at Sacramento, California on February 17, 2015 at  1:45 pm

By: _____

Magistrate Judge Carolyn K. Delaney