HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org 916-498-5700/Fax 916-498-5710

Attorney for Defendant
AUDREY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUDREY JOHNSON, <br><br> Defendant. | Case No. 2:15-CR-0029 TLN <br><br> STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS AND [PROPOSED] ORDER <br><br> Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED by and between Benjamin Wagner, United States Attorney, through Assistant United States Attorney Matthew Morris, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Audrey Johnson, that the release conditions imposed on Ms. Johnson on February 4, 2015, may be modified as set forth below.

The parties and Pre-Trial Services agree that the following condition may be added:

Defendant shall be released on February 18, 2015 at 9:00 a.m. to attend court at the Sacramento County Family Court.  Defendant shall remain in the custody of personnel of the Federal Public Defender's Office at all times, and shall return directly to The Effort immediately after the court hearing;

All other conditions shall remain in effect.  The Defendant's third party custodian and surety has signed the surety documents and joins in the request for this modification of release conditions.

1
2  Dated:  February 17, 2015
3
                                               HEATHER E. WILLIAMS
4                                              Federal Defender
5
                                               */s/ Douglas Beevers*
6                                              DOUGLAS J. BEEVERS
                                               Assistant Federal Defender
7                                              Attorney for Audrey Johnson
8  Dated:  February 17, 2015
9
                                               BENJAMIN B. WAGNER
10                                             United States Attorney
11
                                               */s/ Douglas Beevers with consent*
12                                             MATTHEW MORRIS
                                               Assistant U.S. Attorney
13                                             Attorney for Plaintiff
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The release conditions previously imposed on Audrey Johnson modified as follows.

The following condition will be <u>added:</u>

Defendant, Audrey Johnson, is ordered released on February 18, 2015 at 9:00 a.m. to attend court at the Sacramento County Family Court.  Defendant shall remain in the custody of personnel of the Federal Public Defender's Office at all times, and shall return directly to The Effort immediately after the court hearing;

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  February 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE