HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710
douglas_beevers@fd.org

Attorney for Defendant
AUDREY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00029 TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| AUDREY JOHNSON, | Judge:  Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Matthew Morris, attorney for Plaintiff and Assistant Federal Defender Douglas Beevers, attorney for Audrey Johnson that the pretrial release conditions imposed on Ms. Johnson on February 4, 2015, may be modified as set forth below.

Accordingly, the parties and Pretrial Services Officer, Steven Sheehan, respectfully request that this Court modify Ms. Johnson's "Special Conditions of Release" by adding an additional condition. This condition would be added as condition number 14 and would read as follows:

Defendant shall submit to drug and/or alcohol testing as approved by the pretrial services officer. Defendant shall pay all or part of the costs of the testing services based upon her ability to pay, as determined by the pretrial services officer.

//

The defendant makes this request pursuant to 18 U.S.C. § 3141(c) (3) which permits this Court to modify the conditions of release at any time.

Dated: May 28, 2015                                Respectfully submitted,

                                                   HEATHER WILLIAMS
                                                   Federal Defender

                                                   */s/ Douglas Beevers*
                                                   DOUGLAS J. BEEVERS
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   AUDREY JOHNSON


DATED: May 28, 2015                                BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   */s/ Douglas Beevers for*
                                                   MATTHEW MORRIS
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


**O R D E R**

IT IS HEREBY ORDERED that condition number 14 shall be added to the Special Conditions of Release to require the defendant to submit to drug and/or alcohol testing as approved by the pretrial services officer. Defendant shall pay all or part of the costs of the testing services based upon her ability to pay, as determined by the pretrial services officer.

Dated: May 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
johnson0029.stipo.modify.cor