HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorneys for Defendant
AUDREY JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUDREY LYNN JOHNSON,<br><br>Defendant. | Case No. 2:15-cr-00029 TLN<br><br>WAIVER OF PERSONAL APPEARANCE; ORDER<br><br>Judge:   Hon. Troy L. Nunley |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , **AUDREY LYNN JOHNSON**, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: July 21, 2015

                         */s/ Audrey Lynn Johnson*
                         AUDREY LYNN JOHNSON
                         Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated:  July 21, 2015

                         */s/ Douglas Beevers*
                         DOUGLAS BEEVERS
                         Assistant Federal Defender
                         Attorney for Defendant
                         AUDREY JOHNSON

      IT IS SO ORDERED.

Dated:  October 15, 2015

                         Troy L. Nunley
                         United States District Judge