1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:15-CR-29-TLN

                          Plaintiff,        ORDER SEALING DOCUMENTS AS SET FORTH
12                                          IN GOVERNMENT'S NOTICE

13                   v.

   AUDREY JOHNSON,
14
                          Defendant.
15

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18 Request to Seal, IT IS HEREBY ORDERED that the Plea Agreement and the Government's Request to

   Seal shall be SEALED until further order of this Court.
19
           It is further ordered that access to the sealed documents shall be limited to the government and
20
   counsel for the defendant.
21
            The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*
22
   *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the
23
   Government's request, sealing the aforementioned documents serves a compelling interest.  The Court
24
   further finds that, in the absence of closure, the compelling interests identified by the Government would be
25
   ///
26
   ///
27
   ///
28

harmed.  The Court further finds that there are no additional alternatives to sealing these documents that would adequately protect the compelling interests identified by the Government.

Dated: September 19, 2016

Troy L. Nunley
United States District Judge