PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-29-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: January 26, 2017 |
| AUDREY JOHNSON, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for entry of judgment and sentence on January 26, 2017.

2. By this stipulation, the parties now move to continue sentencing until February 9, 2017.

3. The assigned probation officer does not object to this new date.

IT IS SO STIPULATED.

Dated:  January 24, 2017                 PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated:  January 24, 2017                 /s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
AUDREY JOHNSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of January, 2017.

_____
Troy L. Nunley
United States District Judge