1  PHILLIP A. TALBERT
United States Attorney
2  MATTHEW G. MORRIS
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00029-TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| AUDREY JOHNSON, | |
| Defendant. | |

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18  Request to Seal, IT IS HEREBY ORDERED that the Government's two-page sentencing letter

19  pertaining to Defendant Audrey Johnson , and the Government's Request to Seal shall be SEALED until

20  further order of this Court.

21        It is further ordered that access to the sealed documents shall be limited to the Government and

22  counsel for the Defendant.

23        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990) and In re Copley Press, Inc., 518 F.3d 1022,

25  1028 (9th Cir. 2008).  The Court finds that, for the reasons stated in the Government's request, sealing

26  the Government's two-page sentencing letter serves a compelling interest. The Court further finds that,

27  in the absence of closure, the compelling interests identified by the Government would be harmed. The

28  ////

ORDER SEALING DOCUMENTS AS SET FORTH IN          1
GOVERNMENT'S NOTICE

1    Court finds that there are no additional alternatives to sealing the Government's motion and two-page

2    sentencing letter that would adequately protect the compelling interests identified by the Government.

3

4

5    Dated: February 21, 2017

6

7    _____
     Troy L. Nunley

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SEALING DOCUMENTS AS SET FORTH IN          2
GOVERNMENT'S NOTICE